**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7458**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JAMES LARRY MCNEAL,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, Senior District Judge.  (1:14-cr-00076-TSE-1)

Submitted:  February 17, 2022                    Decided:  February 23, 2022

Before AGEE and RUSHING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Larry McNeal, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Larry McNeal appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release.  Upon review, we discern no abuse of discretion in the district court's determination that, under the pertinent 18 U.S.C. § 3553(a) sentencing factors, compassionate release was not warranted.  *See United States v. Kibble*, 992 F.3d 326, 329-31 (4th Cir.) (providing standard of review and outlining steps for evaluating compassionate release motions), *cert. denied*, 142 S. Ct. 383 (2021). Accordingly, we affirm the district court's judgment.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
